UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80628-CV-MIDDLEBROOKS/Reid

JOSE ARANDA,

      Petitioner,

v.

DEPARTMENT OF CORRECTIONS, SECRETARY,

      Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 11), recommending denial of Petitioner Jose Aranda's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1). No objections have been filed, and the deadline to do so expired on February 3, 2021.

Upon consideration of the Report, I agree with Judge Reid's findings and conclusions. Further, I find that Petitioner has failed to make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253; *Slack v. McDaniel,* 529 U.S. 473, 484 (2000).

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1)    Magistrate Judge Reid's Report (DE 11) is **ADOPTED**.

(2)    Jose Aranda's petition (DE 1) is **DENIED.**

(3)    The Clerk of the Court shall **CLOSE THIS CASE**.

(4) All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 19th day of February, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record;

Jose Aranda
B14131
Desoto Annex
Inmate Mail/Parcels
13617 SE Highway 70
Arcadia, FL 34266
PRO SE